| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Pendall LaBronze Carroll** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–8769 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | <br> First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | | Date case filed for chapter   **13**   **1/15/16** | |
| Case number:   **16–50896–a998** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Pendall LaBronze Carroll | |
| 2. | **All other names used in the last 8 years** | aka Pendell Labronze Carroll | |
| 3. | **Address** | 9103 Fairington Ridge Circle <br> Lithonia, GA 30058 | |
| 4. | **Debtor's attorney** <br><br> Name and address | Carson R. Walden <br> Walden, Goodhart, Harden & New <br> Suite 757 <br> 315 W. Ponce de Leon Avenue <br> Decatur, GA 30033 | Contact phone (404) 884–8315 <br><br> Email:  cwalden@wghnlaw.com |
| 5. | **Bankruptcy trustee** <br><br> Name and address | Adam M. Goodman <br> Adam M. Goodman, 13 Trustee <br> Suite 200 <br> 260 Peachtree Street <br> Atlanta, GA 30303 | Contact phone 678–510–1444 |
| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas <br> Clerk of Court <br><br> 1340 Russell Federal Building <br> 75 Ted Turner Drive SW <br> Atlanta, GA 30303 | Office Hours:  8:00 a.m. – 4:00 p.m. <br> Court website: www.ganb.uscourts.gov <br><br> Contact phone 404–215–1000 |

**For more information, see page 2**

Debtor **Pendall LaBronze Carroll**                                                                                      Case number **16–50896–a998**

| 7. | Meeting of creditors | February 10, 2016 at 09:00 AM | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring two forms of original government issued photo ID and original proof of social security number.<br><br>TO OTHER PARTIES: Objections to confirmation shall be filed seven days prior to the meeting. Objections arising from the meeting must be filed within seven days of the meeting. | Third Floor – Room 368, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303 |
| 8. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/11/16** |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/10/16** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/13/16** |
| | | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>**To file a claim electronically,** visit **www.ganb.uscourts.gov** and access the ePOC tab.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. | **Filing of Plan, Hearing on Confirmation of Plan, Allowance and Approval of Debtor's Counsel Attorneys Fees** | The plan, if not included with this notice, will be mailed when filed.<br>The hearing on confirmation will be held:  Date: **3/17/16**,     Time: **09:30 AM**,     Location: **Courtroom 1204, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                                Case No. 16-50896-a998
Pendall LaBronze Carroll                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9            User: ramos                Page 1 of 2              Date Rcvd: Jan 19, 2016
                                Form ID: 309i              Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2016.
```
db              +Pendall LaBronze Carroll,    9103 Fairington Ridge Circle,    Lithonia, GA 30038-5620
19607284        +Advance Bureau Of Coll,    135 Lamar,    Macon, GA 31204-3007
19607287       ++CARTER YOUNG INC,    882 N MAIN STREET,    SUITE 120,    CONYERS GA 30012-4442
                 (address filed with court: Carter-young Inc,     Po Box 82269,    Conyers, GA 30013)
19607286        +Cardservice International,    Attn: Charles R. Burtzloff,    69 East 800 North,
                  Spanish Fork, UT 84660-1210
19607288        +Citizens Savings & Loan,    500 Chestnut St,    Chattanooga, TN 37402-1237
19607289        +Coaster Company of America,    Attn: Michael Yeh,    12928 Sandoval Street,
                  Santa Fe Springs, CA 90670-4061
19607291        +Dept. of Justice, Tax Division,    Civil Trial Section, Southern,
                  PO Box 14198; Ben Franklin Sta,    Washington, DC 20044-4198
19607293        +Enhanced Recovery Co L,    Po Box 57547,    Jacksonville, FL 32241-7547
19607294        +Fbcs,    330 S Warminster Rd Ste,    Hatboro, PA 19040-3433
19607300        +John Archer,    c/o Fred Joseph Rushing Jr,    3105 Washington Rd, Ste C,
                  Atlanta, GA 30344-5434
19607301        +Karl J Howe,    4385 Kimball Bridge Rd,    Suite 100,    Alpharetta, GA 30022-4474
19607302        +Lazega & Johanson LLC,    3520 Piedmonth Road, NE,    Suite 415,    Atlanta, GA 30305-1512
19607303        +Mary A Miller,    5555 Oakbrook Pkwy,    Suite 670,    Norcross, GA 30093-6205
19607304        +Mary A Miller & Assoc LLC,    Attorneys at Law,    PO Box 1588,    Norcross, GA 30091-1588
19607305        +Office of the Attorney General,    40 Capitol Square, SW,    Atlanta, GA 30334-9057
19607306        +Rev Rec Corp,    612 Gay St,    Knoxville, TN 37902-1603
19607308        +Richard M. Howe,    4385 Kimball Bridge Rd,    Suite 100,    Alpharetta, GA 30022-4474
19607309         Special Assistant US Attorney,    401 W. Peachtree Street, NW,    STOP 1000-D, Suite 600,
                  Atlanta, GA 30308
19607310        +Stallings Fin Group,    1111 S Marietta Pkwy Se,    Marietta, GA 30060-2885
19607311        +Stanisccontr,    914 14th St,    Modesto, CA 95354-1011
19607312        +Stanley Davenport,    674 Master Drive,    Stone Mountain, GA 30087-6027
19607314        +Tri-state Adjustments,    3439 East Ave S,    La Crosse, WI 54601-7241
19607315        +U.S. Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0008
19607316        +United Collection Serv,    106 Commerce St Ste 101,    Lake Mary, FL 32746-6217
19607317        +United States Attorney General,    Main Justice Building,    10th and Constitution Ave, NW,
                  Washington, DC 20530-0001
19607318        +United States Attorney General,    U.S. Department of Justice,    950 Pennsylvania Avenue, NW,
                  Washington, DC 20530-0009
19607321        +Wright's Motor Company,    3101 Rossville Blvd,    Chattanooga, TN 37407-1336
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: cwalden@wghnlaw.com Jan 19 2016 20:54:21     Carson R. Walden,
                  Walden, Goodhart, Harden & New,    Suite 757,    315 W. Ponce de Leon Avenue,
                  Decatur, GA   30033
tr              +E-mail/Text: bnc@13trusteeatlanta.com Jan 19 2016 20:54:23      Adam M. Goodman,
                  Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,    Atlanta, GA 30303-1236
19607283        +E-mail/Text: bankruptcy@rentacenter.com Jan 19 2016 20:56:07      Acceptance Now,
                  5501 Headquarters Dr,    Plano, TX 75024-5837
19607290        +E-mail/Text: Umesh.Patil@credencerm.com Jan 19 2016 20:56:00      Credence Resource Mana,
                  17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
19607292        +EDI: DCI.COM Jan 19 2016 20:33:00      Diversified Consultant,    10550 Deerwood Park Blvd,
                  Jacksonville, FL 32256-0596
19607292        +E-mail/Text: bankruptcynotices@dcicollect.com Jan 19 2016 20:55:51      Diversified Consultant,
                  10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
19607295         EDI: GADEPTOFREV.COM Jan 19 2016 20:33:00      Georgia Department of Revenue,    Bankruptcy Unit,
                  1800 Century Blvd, Suite 17200,    Atlanta, GA 30345-3206
19607296        +E-mail/Text: bkynotice@harvardcollect.com Jan 19 2016 20:56:09      Harvard Collection,
                  4839 N Elston Ave,    Chicago, IL 60630-2589
19607297        +EDI: IIC9.COM Jan 19 2016 20:33:00      I C System Inc,    Po Box 64378,
                  Saint Paul, MN 55164-0378
19607299         EDI: IRS.COM Jan 19 2016 20:33:00      Internal Revenue Service,    401 W Peachtree St NW,
                  Stop 334-D,    Atlanta, GA 30308
19607313         E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jan 19 2016 20:55:34
                  State Farm Mutual Automobile,    Attn: Edward B Rust Jr,    One State Farm Plaza,
                  Bloomington, IL 61710-0001
19607319         E-mail/Text: usagan.bk@usdoj.gov Jan 19 2016 20:55:07      US Attorney, N District of GA,
                  Civil Div, Attn: Civil Clerk,    75 Spring Street SW, Suite 600,    Atlanta, GA 30303-3309
19607320         E-mail/Text: legal_bankruptcy@badcock.com Jan 19 2016 20:54:23      W.S. Badcock Corporation,
                  Attn: Bankruptcy,    PO Box 497,    Mulberry, FL 33860
19607285         E-mail/Text: legal_bankruptcy@badcock.com Jan 19 2016 20:54:23      Badcock Home Furniture,
                  5856 Brainerd Road,    Chattanooga, TN 37411
                                                                                              TOTAL: 14
```

```
District/off: 113E-9          User: ramos                Page 2 of 2                   Date Rcvd: Jan 19, 2016
                              Form ID: 309i              Total Noticed: 40
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19607298*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
19607307     ##+Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
                                                                                            TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2016 at the address(es) listed below:
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Carson R. Walden    on behalf of Debtor Pendall LaBronze Carroll cwalden@wghnlaw.com,
               bknotices@wghnlaw.com
                                                                                             TOTAL: 2
```