**IT IS ORDERED as set forth below:**



**Date: February 18, 2016**

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.16-50896 – A998 |
| | : | |
| Pendall Labronze Carroll, | : | CHAPTER 7 |
| a/k/a Pendell Labronze Carroll, | : | |
| Debtor(s). | : | |
| | : | |
| Pendall Labronze Carroll, | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| Cardservice International, | : | |
| Respondent(s). | : | |

O R D E R

Before the Court is the Motion to Avoid a Lien (Doc. No. 35) of the above-named Debtor(s), as provided by U.S.C. §522(f) and Bankruptcy Rule 4003(d). The creditor has failed to file a response; thus, the motion is deemed to be unopposed. See BLR 6008-2, NDGa.

Inasmuch as the creditor whose lien is sought to be avoided has failed to controvert timely the debtor's allegations,

ORDERED AND ADJUDGED that the judicial lien or the non-possessory, non-purchase-money lien held by respondent upon exempt property of the above-named

debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which debtor(s) would have been entitled pursuant to 11 U.S.C. section 522(b).

[END OF DOCUMENT]

DISTRIBUTION LIST

Pendall LaBronze Carroll
9103 Fairington Ridge Circle
Lithonia, GA 30058

Carson R. Walden
Walden, Goodhart, Harden & New
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jason L. Pettie
Suite 150 - One Decatur Town Center
150 E. Ponce de Leon Avenue
Decatur, GA 30030

Cardservice International
Attn: Charles R. Burtzloff, CEO
69 East 800 North
Spanish Fork, UT 84660

Cardservice International
Attn: Dan D. Wright, Jr., Esq.
3520 Piedmont Road, NE
Suite 415
Atlanta, GA 30305

Cardservice International
100 N. Central Expressway, 500#
Richardson, TX 75080