| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Pendall LaBronze Carroll** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–8769** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | | Date case filed in chapter **13**    **1/15/16** |
| Case number:  **16–50896–a998** | | Date case converted to chapter **7**    **2/16/16** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Pendall LaBronze Carroll | |
| **2. All other names used in the last 8 years** | aka Pendell Labronze Carroll | |
| **3. Address** | 9103 Fairington Ridge Circle <br> Lithonia, GA 30058 | |
| **4. Debtor's attorney** <br> Name and address | Carson R. Walden <br> Walden, Goodhart, Harden & New <br> Suite 757 <br> 315 W. Ponce de Leon Avenue <br> Decatur, GA 30033 <br><br> Contact phone (404) 884–8315 <br> Email:  cwalden@wghnlaw.com | |
| **5. Bankruptcy trustee** <br> Name and address | Jason L. Pettie <br> Suite 150 – One Decatur Town Center <br> 150 E. Ponce de Leon Avenue <br> Decatur, GA 30030 | Contact phone (404) 638–5984 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor  **Pendall LaBronze Carroll**                                                                Case number **16–50896–a998**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas<br>Clerk of Court<br><br>1340 Russell Federal Building<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **March 23, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location:<br><br>**Third Floor – Room 365, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/23/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                            page **2**

```
                              United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                                                  Case No. 16-50896-a998
Pendall LaBronze Carroll                                                                Chapter 7
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 113E-9          User: dillard                 Page 1 of 2                 Date Rcvd: Feb 16, 2016
                              Form ID: 309a                 Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2016.
db             +Pendall LaBronze Carroll,    9103 Fairington Ridge Circle,     Lithonia, GA 30038-5620
aty            +Daniel C. Jenkins,    Karsman McKinzie & Hart,    21 West Park Avenue,    Savannah, GA 31401-6440
19607284       +Advance Bureau Of Coll,    135 Lamar,    Macon, GA 31204-3007
19607287      ++CARTER YOUNG INC,    882 N MAIN STREET,    SUITE 120,    CONYERS GA 30012-4442
                (address filed with court: Carter-young Inc,     Po Box 82269,    Conyers, GA 30013)
19650776       +CITIZENS SAVINGS & LOAN CORPORATION,     c/o The Wolford Firm PLL,    1700 McCallie Ave,
                Chattanooga TN 37404-3023
19607286       +Cardservice International,    100 N. Central Expressway, 500#,     Richardson, TX 75080-5322
19661851       +Cardservice International,    c/o Lazega & Johanson LLC,     3520 Piedmont Rd NE Suite 415,
                Atlanta GA 30305-1512
19607288       +Citizens Savings & Loan,    500 Chestnut St,    Chattanooga, TN 37402-1237
19607289       +Coaster Company of America,    Attn: Michael Yeh,     12928 Sandoval Street,
                Santa Fe Springs, CA 90670-4061
19607291       +Dept. of Justice, Tax Division,    Civil Trial Section, Southern,
                PO Box 14198; Ben Franklin Sta,    Washington, DC 20044-4198
19607293       +Enhanced Recovery Co L,    Po Box 57547,    Jacksonville, FL 32241-7547
19607294       +Fbcs,   330 S Warminster Rd Ste,    Hatboro, PA 19040-3433
19607300       +John Archer,    c/o Fred Joseph Rushing Jr,    3105 Washington Rd, Ste C,
                Atlanta, GA 30344-5434
19607301       +Karl J Howe,    4385 Kimball Bridge Rd,    Suite 100,    Alpharetta, GA 30022-4474
19607302       +Lazega & Johanson LLC,    3520 Piedmonth Road, NE,     Suite 415,    Atlanta, GA 30305-1512
19607303       +Mary A Miller,    3300 Holcomb Bridge Rd,    Suite 100,    Norcross, GA 30092-5404
19607304       +Mary A Miller & Assoc LLC,    Attorneys at Law,    PO Box 1588,    Norcross, GA 30091-1588
19607305       +Office of the Attorney General,    40 Capitol Square, SW,     Atlanta, GA 30334-9057
19607306       +Rev Rec Corp,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
19607307       +Revenue Recovery Corp,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
19607308       +Richard M. Howe,    4385 Kimball Bridge Rd,    Suite 100,    Alpharetta, GA 30022-4474
19607309        Special Assistant US Attorney,    401 W. Peachtree Street, NW,     STOP 1000-D, Suite 600,
                Atlanta, GA 30308
19607310       +Stallings Fin Group,    1111 S Marietta Pkwy Se,    Marietta, GA 30060-2885
19607311       +Staniscontr,    914 14th St,    Modesto, CA 95354-1011
19607312       +Stanley Davenport,    674 Master Drive,    Stone Mountain, GA 30087-6027
19607314       +Tri-state Adjustments,    3439 East Ave S,    La Crosse, WI 54601-7241
19607315       +U.S. Department of Education,    400 Maryland Avenue, SW,     Washington, DC 20202-0008
19607319        US Attorney, N District of GA,    Civil Div, Attn: Civil Clerk,     75 Spring Street SW, Suite 600,
                Atlanta, GA 30303-3309
19607316       +United Collection Serv,    106 Commerce St Ste 101,     Lake Mary, FL 32746-6217
19607318       +United States Attorney General,    U.S. Department of Justice,     950 Pennsylvania Avenue, NW,
                Washington, DC 20530-0009
19607317       +United States Attorney General,    Main Justice Building,     10th and Constitution Ave, NW,
                Washington, DC 20530-0001
19607321       +Wright's Motor Company,    3101 Rossville Blvd,    Chattanooga, TN 37407-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: cwalden@wghnlaw.com Feb 16 2016 21:16:46     Carson R. Walden,
                Walden, Goodhart, Harden & New,    Suite 757,    315 W. Ponce de Leon Avenue,
                Decatur, GA  30033
tr             +EDI: FJLPETTIE.COM Feb 16 2016 20:43:00      Jason L. Pettie,
                Suite 150 - One Decatur Town Center,    150 E. Ponce de Leon Avenue,    Decatur, GA 30030-2543
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Feb 16 2016 21:17:59
                Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                Atlanta, GA 30303-3315
cr              EDI: RECOVERYCORP.COM Feb 16 2016 20:43:00     Rural Metro,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
19607283       +E-mail/Text: bankruptcy@rentacenter.com Feb 16 2016 21:19:25     Acceptance Now,
                5501 Headquarters Dr,    Plano, TX 75024-5837
19637969        EDI: AIS.COM Feb 16 2016 20:43:00     American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
19607290       +E-mail/Text: Umesh.Patil@credencerm.com Feb 16 2016 21:19:12     Credence Resource Mana,
                17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
19607292       +EDI: DCI.COM Feb 16 2016 20:43:00     Diversified Consultant,    10550 Deerwood Park Blvd,
                Jacksonville, FL 32256-0596
19607292       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 16 2016 21:19:05     Diversified Consultant,
                10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
19607295        EDI: GADEPTOFREV.COM Feb 16 2016 20:43:00     Georgia Department of Revenue,    Bankruptcy Unit,
                1800 Century Blvd, Suite 17200,    Atlanta, GA 30345-3206
19607296       +E-mail/Text: bkynotice@harvardcollect.com Feb 16 2016 21:19:28     Harvard Collection,
                4839 N Elston Ave,    Chicago, IL 60630-2589
19607297       +EDI: IIC9.COM Feb 16 2016 20:43:00     I C System Inc,    Po Box 64378,
                Saint Paul, MN 55164-0378
19607299        EDI: IRS.COM Feb 16 2016 20:43:00     Internal Revenue Service,    401 W Peachtree St NW,
                Stop 334-D,    Atlanta, GA 30308
```

```
District/off: 113E-9          User: dillard              Page 2 of 2                  Date Rcvd: Feb 16, 2016
                              Form ID: 309a              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
19637579         EDI: Q3G.COM Feb 16 2016 20:43:00      Quantum3 Group LLC as agent for,   ACE Cash Express INC,
                   PO Box 788,   Kirkland, WA 98083-0788
19623860         EDI: RECOVERYCORP.COM Feb 16 2016 20:43:00      Recovery Management Systems Corporation,
                   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
19607313         E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Feb 16 2016 21:18:37
                   State Farm Mutual Automobile,   Attn: Edward B Rust Jr,   One State Farm Plaza,
                   Bloomington, IL 61710-0001
19607285         E-mail/Text: legal_bankruptcy@badcock.com Feb 16 2016 21:16:49      Badcock Home Furniture,
                   5856 Brainerd Road,   Chattanooga, TN 37411
19607320         E-mail/Text: legal_bankruptcy@badcock.com Feb 16 2016 21:16:49      W.S. Badcock Corporation,
                   Attn: Bankruptcy,   PO Box 497,   Mulberry, FL 33860
19634008        +E-mail/Text: legal_bankruptcy@badcock.com Feb 16 2016 21:16:49      W.S. Badcock Corp.,
                   P.O. Box 724,   Mulberry, Fl 33860-0724
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19607298*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
aty            ##+Robert Jeffrey Wolford,   The Wolford Firm,   320 Holtzclaw Avenue,
                   Chattanooga, TN 37404-2305
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2016 at the address(es) listed below:

```
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Carson R. Walden    on behalf of Debtor Pendall LaBronze Carroll cwalden@wghnlaw.com,
               bknotices@wghnlaw.com
              Daniel C. Jenkins    on behalf of Creditor   Rent-A-Center, Inc. d/b/a Acceptance Now
               daniel@kmtrial.com
              Jason L. Pettie    trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Robert Jeffrey Wolford    on behalf of Creditor   CITIZENS SAVINGS & LOAN CORPORATION
               robert.jeffrey@wolfordlawchattanooga.com
                                                                                              TOTAL: 6
```