**IT IS ORDERED as set forth below:**



**Date: February 18, 2016**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.16-50896 – A998 |
| | : | |
| Pendall Labronze Carroll, | : | CHAPTER 7 |
| a/k/a Pendell Labronze Carroll, | : | |
| Debtor(s). | : | |
| | : | |
| Pendall Labronze Carroll, | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| Cardservice International, | : | |
| Respondent(s). | : | |

O R D E R

Before the Court is the Motion to Avoid a Lien (Doc. No. 35) of the above-named Debtor(s), as provided by U.S.C. §522(f) and Bankruptcy Rule 4003(d). The creditor has failed to file a response; thus, the motion is deemed to be unopposed. See BLR 6008-2, NDGa.

Inasmuch as the creditor whose lien is sought to be avoided has failed to controvert timely the debtor's allegations,

ORDERED AND ADJUDGED that the judicial lien or the non-possessory, non-purchase-money lien held by respondent upon exempt property of the above-named

debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which debtor(s) would have been entitled pursuant to 11 U.S.C. section 522(b).

[END OF DOCUMENT]

DISTRIBUTION LIST

Pendall LaBronze Carroll
9103 Fairington Ridge Circle
Lithonia, GA 30058

Carson R. Walden
Walden, Goodhart, Harden & New
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jason L. Pettie
Suite 150 - One Decatur Town Center
150 E. Ponce de Leon Avenue
Decatur, GA 30030

Cardservice International
Attn: Charles R. Burtzloff, CEO
69 East 800 North
Spanish Fork, UT 84660

Cardservice International
Attn: Dan D. Wright, Jr., Esq.
3520 Piedmont Road, NE
Suite 415
Atlanta, GA 30305

Cardservice International
100 N. Central Expressway, 500#
Richardson, TX 75080

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 16-50896-a998
Pendall LaBronze Carroll                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: matott              Page 1 of 1           Date Rcvd: Feb 18, 2016
                              Form ID: pdf400           Total Noticed: 6
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2016.
db             +Pendall LaBronze Carroll,    9103 Fairington Ridge Circle,    Lithonia, GA 30038-5620
aty            +Carson R. Walden,    Walden, Goodhart, Harden & New,    Suite 757,    315 W. Ponce de Leon Avenue,
                 Decatur, GA 30030-2497
19607286       +Cardservice International,    100 N. Central Expressway, 500#,    Richardson, TX 75080-5322
19684652       +Cardservice International,    Attn: Charles R. Burtzloff, CEO,    69 East 800 North,
                 Spanish Fork, UT 84660-1210
19661851       +Cardservice International,    c/o Lazega & Johanson LLC,    3520 Piedmont Rd NE Suite 415,
                 Atlanta GA 30305-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: notices@jasonpettie.com Feb 18 2016 21:31:36      Jason L. Pettie,
                 Suite 150 - One Decatur Town Center,    150 E. Ponce de Leon Avenue,    Decatur, GA 30030-2543
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2016 at the address(es) listed below:
              Carson R. Walden    on behalf of Debtor Pendall LaBronze Carroll cwalden@wghnlaw.com,
               bknotices@wghnlaw.com
              Daniel C. Jenkins    on behalf of Creditor    Rent-A-Center, Inc. d/b/a Acceptance Now
               daniel@kmtrial.com
              Jason L. Pettie    trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Robert Jeffrey Wolford    on behalf of Creditor    CITIZENS SAVINGS & LOAN CORPORATION
               robert.jeffrey@wolfordlawchattanooga.com
                                                                                              TOTAL: 5
```